IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EARTH, | |
| Plaintiff, | No. 11-02419 EDL |
| v. | **ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY** |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendants. | |

On August 10, 2011, Defendants' counsel filed a request to appear telephonically at the initial case management conference set for August 30, 2011 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: August 11, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge