IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EARTH, et al., | No. C-11-02419 EDL |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

The Court held a Case Management Conference on August 30, 2011. The Court issues the following orders:

1. At this time, this case is not appropriate for referral to the Court's ADR department.
2. As proposed by the parties, Defendant shall update the Court regarding the status of the search for documents responsive to Plaintiffs' FOIA requests on the last Friday of every month until the search is completed, beginning on September 30, 2011.

**IT IS SO ORDERED.**

Dated: August 30, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge