# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF THE EARTH, THE CENTER FOR INTERNATIONAL ENVIRONMENTAL LAW, and CORPORATE ETHICS INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE and HILLARY CLINTON, in her official capacity as Secretary of State,<br><br>Defendants. | Civ. No. C11-02419 EDL<br><br>STIPULATED SETTLEMENT AGREEMENT FOR ATTORNEYS' FEES AND COSTS AND ORDER |

Plaintiffs Friends of the Earth, the Center for International Environmental Law, and Corporate Ethics International ("Plaintiffs"), and Defendants United States Department of State and Hillary Clinton in her official capacity as Secretary of State ("Defendants"), through their undersigned counsel, hereby enter into this Settlement for Attorneys' Fees and Costs for the sole purpose of satisfying Plaintiffs' attorneys' fees, expenses, and costs generated in connection with the above-referenced litigation.

The parties agree as follows:

1. Defendants will pay Plaintiffs the amount of $31,000 in full and final satisfaction for any and all attorneys' fees, expenses, and costs associated with this litigation. This figure is inclusive of any interest. Defendants shall make payment to Plaintiffs within forty-five days of the effective date of this Settlement Agreement, as follows: a payment of $31,000 will be made by Defendants using an electronic fund transfer into the Earthjustice Attorney Client Trust Account Fund, Mechanics Bank, 725 Alfred Nobel Drive, Hercules, CA 94547. Plaintiffs' counsel shall provide the appropriate account and bank routing numbers to counsel for the Defendants.

2. By entering into this Settlement Agreement, Plaintiffs do hereby release Defendants and their successors, the United States of America, and any department, agency, or establishment of

the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any claims raised by Plaintiffs in this lawsuit and any past, present, or future claims for attorneys' fees, expenses, or costs in connection with this litigation.

3. Upon entering into this Settlement Agreement, the parties will provide notice to the Court of this settlement agreement having been executed and Plaintiffs' release of any claim for fees, expenses, and costs associated with this litigation, so that jurisdiction over this matter by the United States District Court shall be discharged.

4. In entering into this Settlement Agreement, no party is making an admission of liability or fault to any other party, and this Settlement Agreement shall not be construed as an admission by any party of liability or fault as to any allegation or claim asserted in this litigation. This Settlement of Attorneys' Fees and Costs will not be used in any manner to establish liability for fees, amounts, or hourly rates, in any other case or proceeding.

5. No provision of this Settlement Agreement can be waived, modified or amended except in a writing that expressly references this Settlement Agreement and is signed by an authorized representative of each party. A facsimile or other copy of a signature will be deemed an original signature.

6. This Settlement Agreement may be executed in counterparts, and is effective on the date by which it is signed by the representatives of all the parties. The below-signed counsel are authorized to enter into this Settlement Agreement on behalf of their respective clients.

DATED: June 20, 2012

SARAH H. BURT

By: /s/ Abby Rubinson
ABBY L. RUBINSON

Earthjustice
50 California Street, 5th Floor
San Francisco, CA 9411

Attorneys for Plaintiffs

SETTLEMENT AGREEMENT FOR ATTORNEYS' FEES AND COSTS
CIV. NO. C11-02419 EDL

2

DATED: June 20, 2012        TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

By: /s/ Patrick Nemeroff
Patrick G. Nemeroff

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

Attorneys for Defendants

[Proposed] ORDER GRANTING STIPULATED SETTLEMENT AGREEMENT FOR ATTORNEYS' FEES AND COSTS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 26, 2012

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte
United States District Court, Northern District of California

SETTLEMENT AGREEMENT FOR ATTORNEYS' FEES AND COSTS
CIV. NO. C11-02419 EDL

3